Argued July 21, affirmed August 30, 1976

PAUL AKINS, *Appellant,*

*v.*

CUPP, *Respondent.*

(No. 93110, CA 6131)

554 P2d 180

*Holly Hart,* attorney for appellant.

W. Michael Gillette, *Catherine Allan,* attorneys for respondent.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

Affirmed. *Saniti v. OSP,* 26 Or App 493, 552 P2d 1312 (1976); *Kessler v. OSCI,* 26 Or App 271, 552 P2d 589 (1976).

PER CURIAM.